United States District Court
For The Eastern District Of Missouri
Eastern Division

United States of America
Plaintiff

Vs.

Hanif Mujahid Ali In Propria Persona
Sui Heredes being Detained
as Ex-Relatione: WALTER W. WALLACE
Alleged defendant

Clause No. 4; 15-CR-000324 HEA/NAB

RECEIVED APR 14 2016 BY MAIL

FILED APR 14 2016 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS

## PETITION TO REMOVE Standby Counsel from Clause No. 4:15-CR-000324 HEA/NAB

Come Now, Hanif Mujahid Ali In Propria Persona Sui Juris, (not to be Confused with, Nor substituted by Pro'se) authorized Representative/Grantor In behalf of Ex-Relatione/Grantee: Walter Wallace, ("Petitioner) by Special and not general appearance; Hereby petition's this court to "Remove Standby Counsel in the above Mentioned cause. In support of this Petition, Petitioner states the following to wit;

### Introduction

on December 18, 2015 I was granted the ability to litigate current matter and Public Defender Felicia A. Jones was to act as stanby Counsel. It was brought to the Courts attention on numerous counts that standby was not providing aid an assistance to the Alleged defendant

Pg1

Standby Counsel is acting as an Organ for the Federal [G]overnment, which is stripping I the ability to properly litigate. In this instant standby counsel is bias and prejudice to the alleged defendant.

## Argument

There has been an irretirably broken down lines of communication between Stanby-Counsel and I. Standby Counsel has failed to provide adequate and sufficient legal material upon request. Which is adversely and obstructing my ability to properly litigate. Therefore, I believe that Standby-Counsel is conspiring with the [G]overnment/Prosecut to convict the alleged defendant. The Sixth Amendment contemplates that Counsel like other defense tools guaranteed by the Amendment, shall be an aid to a willing defendant. Judge Nannette A. Baker is demostrating to the alleged defendant this is Unconstitutional Court and that Standby-Counsel was meant to be an albatross around the alleged defendant neck as well as master. Thrusting an "Ineffective Counsel" upon a individual is not only a danger, but a disadvantage in a litigation Specifically the Counsel Provision speaks of the "assistance of counsel," however a expert counsel is still an assistant of the basic sort.

Pg2

The language and the spirit of the sixth amendment is unambiguous and clear.

## Standard Review

Standby-Counsel was never design to be a detriment, danger, disvantage, or Ineffective to the Alleged defendant. But an Intricate Mechanics of the law that is suppose to effectively present assistance to a defendant ingnorant of the law. Let it be noted that Standby-Counsel is suppose to act actively as Co-Counsel this is in an Aligment with Mo. Const., Art 1, § 18(a). (cites ommitted) The accused can be heard can be heard or defend In Propria Persona and by Counsel.

## Conclusion

Due to the aforementioned violation's, I hereby request that this Honorable Court terminate standby-Counsel and appoint a new standby-Counsel or allow Alleged defendant the ability to utilize the Criminal Justice Act funds a "paralegal". This is to assist Alleged defendant even out the odds of Multiparty litigation.

Pg3

Therefore, Petitioner prays that this Court Sustain this request. "In the Interest Of Justice.

## Acknowledgment

All Moorish America National Aboriginal Indigenous Divine Being manifested in human flesh, do Declare by Virtue of Divine Law; under The Zodiac Constitution an upon the United States Republic Constitution; and upon the honor of our Fore-Mothers and Fore-Fathers that the above information is true and correct to the best of my knowledge and honorable Intent.

I am _Hanif Mujahid Ali_
Authorized Representative, Natural Person Sui Juris In Propria Persona
Ex-Relatione; Walter W. WALLACE

Pg 4

## Cover letter

RECEIVED
APR 14 2016
BY MAIL

I am requesting that this legal document be filed with the Court Clerk and under Ex-Parte for Judicial Review for these parties only;

Cc. cheif Judge Rodney W. Sippel
    Co. So. District Henry E. Autrey

## Certificate of Service

On the 12th day of April, 2016 The Party Submitted an Affidavit of Certificate.